AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA  2008 JAN 29  A1 11: 31

UNITED STATES OF AMERICA

v.

ANTHONY LAVAL WELLS, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:   3:01-cr-138-J-20HTS
USM NUMBER:    29509-018

Defendant's Attorney:   Lisa Call, Esq. (pda)

## THE DEFENDANT:

___X___   admitted guilt to violation of charge number(s)_____One_____ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for possession with intent to sell cocaine, occurring while on supervision. | September 2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:  January 29, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: January 29, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: | ANTHONY LAVAL WELLS, JR. |
| Case No.: | 3:01-cr-138-J-20HTS |

Judgment - Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **60 months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

___X___ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

     ____ at _____ a.m.    p.m.    on _____.

     ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ____ before 2 p.m. on _____.

     ____ as notified by the United States Marshal.

     ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL